IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02335-RPM

WILLIAM STITH,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

---

ORDER ON MOTION TO CLARIFY PLAINTIFF'S RIGHT TO CONDUCT DISCOVERY

---

Upon consideration of the papers filed supporting and opposing the plaintiff's Motion to Clarify Plaintiff's Right to discovery [Doc. 25] and upon the Court's view that the proposed discovery is excessive, burdensome and not necessary but that some discovery should be permitted with respect to the medical views upon which the defendant relied and that such discovery should include the qualifications, background, and relationship between the reviewers and Aetna, it is

ORDERED that a hearing will be scheduled to determine the scope of the limited discovery to be permitted in this ERISA action.

Dated: March 13th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge