# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## SENIOR JUDGE RICHARD P. MATSCH

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: March 31, 2015 |
| Court Reporter: FTR Kathy Terasaki | Time: 18 minutes |

**CASE NO. 14-cv-02335-RPM**

| Parties | Counsel |
|---|---|
| **WILLIAM STITH,** | Shawn E. McDermott |
| Plaintiff, | |
| vs. | |
| **AETNA LIFE INSURANCE COMPANY** | Franz Hardy |
| Defendant. | |

## HEARING TO DETERMINE SCOPE OF LIMITED DISCOVERY

**2:02 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Plaintiff's Motion to Clarify Plaintiff's Right to Conduct Discovery [Docket No. 25]**

Argument by Mr. McDermott and comments in response to the Court's questions.

Argument by Mr. Hardy and comments in response to the Court's questions.

Court will take a recess to allow counsel to confer regarding plaintiff's requests for interrogatories and production of documents and defendant's objections.

Page Two
14-cv-02335-RPM
March 31, 2015

**2:06 p.m.**     **COURT IN RECESS**

**2:16 p.m.**     **COURT IN SESSION**

Mr. McDermott advises the Court on which requests for interrogatories and production the defendant has agreed upon and those the defendant objects to.

Argument by Mr. Hardy.

**ORDERED:** Plaintiff's Motion to Clarify Plaintiff's Right to Conduct Discovery [Docket No. 25], is **GRANTED in PART and DENIED in PART.**

**ORDERED:** Upon completion of disclosures, counsel shall submit a briefing schedule.

**2:30 p.m.**     **COURT IN RECESS**

**Total in court time:**     18 minutes

**Hearing concluded**