IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02335-RPM

WILLIAM STITH,

      Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

      Defendant.

## ORDER FOR STATUS REPORT

At the hearing conducted on March 31, 2015, this Court ordered counsel to submit a briefing schedule upon completion of disclosures. Counsel have not submitted a briefing schedule and it is now

ORDERED that counsel shall submit a briefing schedule or status report on or before June 12, 2015.

Dated: June 3rd, 2015

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge